D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for
RAMI KASHOU

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMI KASHOU,<br><br>        Plaintiff,<br>     v.<br><br>CHRISTIAN LOUBOUTIN, S.A.S.,<br>CHRISTIAN LOUBOUTIN, L.L.C.,<br>and CHRISTIAN LOUBOUTIN,<br>        Defendants. | Case №:  15-2191<br><br>**CERTIFICATION OF INTERESTED PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Rami Kashou

Dated:  March 15, 2015           Respectfully Submitted,

*/s/ D. Gill Sperlein*
by_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET     SAN FRANCISCO, CA 94102
TEL: 415-404-6615     FAX: 415-404-6616